No. 39416.—Protests 912954–G, etc., of Balfour Guthrie & Co., Ltd., et al. (Baltimore, etc.).

Opinion by EVANS, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 39417.—Petition 5546–R of Geo. S. Bush & Co., Inc. (Seattle).

Opinion by EVANS, J.   It was found that the petitioner acted in good faith, without any intention to deceive or defraud the Government.   The petition was therefore granted.

BEFORE THE FIRST DIVISION, SEPTEMBER 22, 1938

No. 39418.—Petition 5677–R of Eagle Slide Fastener Co., Inc. (New York).

Opinion by McCLELLAND, P. J.   It appeared that the slide fasteners in question were different from those manufactured and sold for home consumption in Czechoslovakia and that there was an honest difference of opinion as to the dutiable value of the merchandise.   The record was found to establish good faith on the part of the petitioner.   The petition was therefore granted.

No. 39419.—Petition 5607–R of J. L. Hudson Co. (Detroit).

Opinion by McCLELLAND, P. J.   The merchandise was entered at the actual prices paid and there was testimony that it was impossible to obtain information prior to entry as to the home market value.   Being convinced that there was no intent to defraud the Government the court granted the petition.

No. 39420.—Petition 5605–R of Detroit Hockey Stick Co. (Detroit).

Opinion by McCLELLAND, P. J.   The evidence was found satisfactory to show that there was no intention to defraud the revenue or to deceive the appraiser. The petition was therefore granted.

BEFORE THE SECOND DIVISION, SEPTEMBER 23, 1938

No. 39421.—Protests 182243–G, etc., of I. Magnin & Co., Inc., et al. (New York).

Opinion by TILSON, J.   Outerwear, knit, in chief value of wool, valued at more than $2 per pound was held dutiable at 45 cents per pound and 50 percent ad valorem under paragraph 1114.